NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER S. KING,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-1202
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Christopher S. King, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                Affirmed.



NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.